UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PAUL HAYES                                           CIVIL ACTION

VERSUS                                               NO. 24-1434

AUSTIN BERTHELOT, *et al.*                           SECTION M (5)

## ORDER & REASONS

Plaintiff Paul Hayes filed this action naming the St. James Parish Sheriff's Office ("SJPSO"), among others, as a defendant.[1] The SJPSO filed a motion to dismiss, arguing that it is not a legal entity capable of being sued.[2] Thereafter, Hayes filed an amended complaint that removed the SJPSO as a defendant.[3] Because the operative complaint removes the SJPSO as a defendant to this action,

IT IS ORDERED that the SJPSO's motion to dismiss (R. Doc. 16) is DISMISSED AS MOOT, and Hayes's claims against the SJPSO are DISMISSED WITHOUT PREJUDICE.

New Orleans, Louisiana, this 4th day of November, 2024.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 1.
[2] R. Doc. 16.
[3] R. Doc. 17.