**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| PAUL HAYES, <br><br>     Plaintiff, <br><br> v. <br><br> AUSTIN BERTHELOT, LLOYD ROBINSON, SHERIFF CLAUDE J. LOUIS, JR, in his official capacity, ST. JAMES PARISH, RICKY  BABIN, and TYLER CAVALIER, as Custodians of Records for the 23rd Judicial District Attorney, and JOHN DOES 1-3, <br><br>     Defendants. | Case No. 24-cv-01434-BWA-MBN |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
**AS TO DEFENDANT ST. JAMES PARISH ONLY**

Pursuant to Rule 41(A), Plaintiff notices his dismissal of claims against the defendant St.

James Parish only.

Respectfully submitted,


/s/ Thomas Frampton
_____

**Thomas Frampton, LA Bar # 35775**
580 Massie Road
Charlottesville, VA 22903
T: (202) 352-8341
E: tframpton@law.virginia.edu

**COUNSEL FOR PAUL HAYES**

1