UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAUL HAYES ) | CIVIL ACTION NO. 24-01434 |
| *Plaintiff* ) | |
| ) | SECTION: "E"(1) |
| Vs. ) | |
| ) | JUDGE BARRY W. ASHE |
| AUSTIN BERTHELOT, ET AL. ) | |
| *Defendants* ) | MAGISTRATE JUDGE |
| ) | MICHAEL NORTH |

**JOINT MOTION TO VACATE SCHEDULING ORDER AND CONTINUE TRIAL**

**NOW INTO COURT,** through undersigned counsel, come Plaintiff, Paul Hayes, and Defendants, Sheriff Claude Louis, Austin Berthelot, and Lloyd Robinson, who file this Joint Motion to Vacate Scheduling Order and Continue the trial in this matter for the following reasons:

1.

On August 21, 2025, this Honorable Court established the following pertinent deadlines and settings in this matter:

- Plaintiff's expert disclosures must be provided to Defendants by **December 22, 2025**;

- Defendants' expert to disclosures must be provided to Plaintiff by **January 20, 2026**;

- witness and exhibit lists must be exchanged by **January 20, 2026**;

- all pretrial motions, including dispositive motions and motions *in limine* regarding the admissibility of expert testimony, must be filed in enough time to permit hearing by no later than **February 19, 2026;**

- All other motions *in limine* must be filed by **March 27, 2026**, with any responses to be filed by **April 3, 2026;**

- Discovery must be completed by no later than **March 20, 2026.**

- a pretrial conference to be held on **March 31, 2026**; and

- a jury trial setting of **April 20, 2026.**

2.

Counsel for Plaintiff is due to have his first child in the middle of January 2026. This fact has limited the parties' ability to coordinate dates beyond that timeframe insofar as Plaintiff's counsel's availability will be genuinely constrained for reasons all parties believe to be valid. It would be to the detriment of all parties if the deadlines established in the present Scheduling Order should remain in place and the current trial setting maintained.

3.

Considering the foregoing, Plaintiff and Defendants respectfully request that the Scheduling Order in this matter be vacated, and all unexpired deadlines be reset. The parties further request that the jury trial setting of April 20, 2026, be upset and refixed for a date that corresponds with any new Scheduling Order issued in this matter.

4.

The purpose of this motion is not to unduly delay litigation in this matter, and no party will be prejudiced should this motion be granted.

5.

Further, no prior request for the extension of the deadlines in this matter or a trial continuance has been sought by any party herein.

**WHEREFORE,** Plaintiff and Defendants respectfully request that after consideration of the foregoing, and with good cause having been shown, the Scheduling Order in this matter be vacated, and all unexpired deadlines be reset. All parties further request that the jury trial setting of April 20, 2026, be upset and refixed for a date that corresponds with any new Scheduling Order issued in this matter.

Respectfully submitted,

RODRIGUE & ARCURI LLP

 s/ *Jason P. Wixom*
LAURA C. RODRIGUE (LSBN #30428)
BLAKE J. ARCURI (LSBN #32322)
JASON P. WIXOM (LSBN #32273)
1615 Poydras Street, Suite 1250
New Orleans, Louisiana 70112
Tel:  (504) 592-4600 Fax: (504) 592-4641
COUNSEL FOR SHERIFF NEAL HARWELL AND RANDY JACK
Email: jason@rodriguearcuri.com

AND

**NIELSEN & TREAS, LLC**

*/s/ Keith M. Detweiler*
Keith M. Detweiler, La. S.B. #20784
3838 N. Causeway Blvd., Suite 2850
Metairie, Louisiana 70002
P: (504) 837-2500; F: (504) 603-0730
Email: kdetweiler@nt-lawfirm.com
*Counsel for Defendant, Lloyd Robinson*

AND

*/s/ Thomas Ward Frampton*
Thomas Ward Frampton
580 Massie Road
Charlottesville, VA 22903
Email: tframpton@law.virginia.edu
*Counsel for Plaintiff Paul Hayes*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 12th day of December, 2025, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that a copy of the foregoing will be sent to all non-CM/ECF participant(s) by electronic mail.

                                                       s/ *Jason P. Wixom*
                                                        JASON P. WIXOM