UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAUL HAYES | CIVIL ACTION |
| VERSUS | NO. 24-1434 |
| AUSTIN BERTHELOT, *et al.* | SECTION M (5) |

### **ORDER**

Considering the parties' joint motion to vacate the scheduling order and continue the trial (R. Doc. 46),

IT IS ORDERED that the motion is GRANTED, and the trial and pretrial conference are continued.

The case manager will hold a telephone scheduling conference on January 14, 2026, at 3:30 p.m., to select new dates for the trial and the pretrial conference. All parties are to call into the conference at (833) 990-9400, Access Code: 281438922. With respect to other deadlines set forth in the scheduling order, only those deadlines that have not yet passed will be reset.

New Orleans, Louisiana, this 15th day of December, 2025.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE