UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAUL HAYES | CIVIL ACTION |
| VERSUS | NO. 24-1434-BWA-MBN |
| AUSTIN BERTHELOT, et al. | SECTION M (5) |

### *EX PARTE* MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD FOR PLAINTIFF PAUL HAYES

NOW INTO COURT, comes the undersigned, who moves pursuant to Local Rule 83.2.12 that William Most (La. Bar No. 36914) and David Lanser (La. Bar No. 37769) of the law firm of Most & Associates, 201 St. Charles Ave., Ste. 2500 #9685, New Orleans, LA 70170, be enrolled as additional counsel of record for Plaintiff Paul Hayes. Attorney Thomas Frampton will remain enrolled as counsel for Paul Hayes as well, and consents to this motion.

WHEREFORE, Plaintiff prays that this Court enter an Order permitting William Most and David Lanser to enroll as additional counsel for Plaintiff Paul Hayes in this proceeding.

Respectfully submitted,

*/s/ William Most*
William Most, 36914
David Lanser, 37769
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500 #9685
New Orleans, LA 70170
Telephone: (504) 509-5023
Telephone: (504) 533-4521
Fax: (504) 414-6400
williammost@gmail.com
david.lanser@gmail.com

Thomas Ward Frampton
580 Massie Road
Charlottesville, VA 22903
tframpton@law.virginia.edu

*Attorneys for Plaintiff*