UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAUL HAYES | CIVIL ACTION |
| VERSUS | NO. 24-1434-BWA-MBN |
| AUSTIN BERTHELOT, et al. | SECTION M (5) |

## **ORDER**

Considering the foregoing *EX PARTE* MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD FOR PLAINTIFF, and for the reasons stated therein,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the motion is hereby GRANTED. William Most (La. Bar No. 36914) and David Lanser (La. Bar No. 37769) of the law firm of Most & Associates shall be and are hereby enrolled as additional counsel of record for Plaintiff Paul Hayes in the above-captioned matter.

New Orleans, Louisiana, this _____ day of _____, 2026.

_____
JUDGE