UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAUL HAYES | CIVIL ACTION |
| VERSUS | NO. 24-1434 |
| AUSTIN BERTHELOT, *et al.* | SECTION M (5) |

### ORDER

Considering the *ex parte* motion of plaintiff Paul Hayes to enroll additional counsel of record (R. Doc. 48),

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that William Most and David Lanser are enrolled as additional counsel of record for Paul Hayes in the captioned matter.

New Orleans, Louisiana, this 21st day of January, 2026.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE