UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PAUL HAYES

VERSUS

AUSTIN BERTHELOT, et al.

CIVIL ACTION: NO. 24-1434-BWA-MBN

SECTION M (5)

### CONSENT MOTION TO SET SCHEDULING CONFERENCE TO RESET THE TRIAL AND ALL ASSOCIATED DATES

NOW INTO COURT, through undersigned counsel, comes Plaintiff Paul Hayes who, with the consent of Defendants Austin Berthelot, Lloyd Robinson, Sheriff Claude J. Louis, Jr., St. James Parish, and Ricky Babin and Tyler Cavalier as Custodians of Records for the 23rd Judicial District Attorney, moves this Court to set a scheduling conference to reset the trial currently scheduled to begin October, 5, 2026, and all dates associated with this trial setting. All parties have consented to this motion.

WHEREFORE, Plaintiff prays that this Court set a scheduling conference to reset the trial and all associated dates in this matter.

Respectfully submitted,

*/s/ David Lanser*
William Most, 36914
David Lanser, 37769
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500 #9685
New Orleans, LA 70170
Telephone: (504) 509-5023
Telephone: (504) 533-4521
Fax: (504) 414-6400
williammost@gmail.com
david.lanser@gmail.com

Thomas Ward Frampton
580 Massie Road
Charlottesville, VA 22903
tframpton@law.virginia.edu

*Attorneys for Plaintiff*