UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PAUL HAYES

VERSUS

AUSTIN BERTHELOT, et al.

CIVIL ACTION: NO. 24-1434-BWA-MBN

SECTION M (5)

**ORDER**

Considering the foregoing *Consent Motion to Set Scheduling Conference to Reset Trial and All Associated Dates*,

IT IS ORDERED that the motion is hereby GRANTED.

For the purpose of resetting the trial in this matter and all associated dates, a scheduling conference shall be held on the _____ day of _____, 20____ at _____ a.m./p.m.

Signed in New Orleans, Louisiana, this _____ day of _____, 2026.

_____
JUDGE