# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

## TRANSFER ORDER

IT IS ORDERED that the following Section "M" cases are hereby reallotted to Judge Anna St. John, Section "N" of this Court, effective as of the date of this Order.

**Civil:**

24-01111    Thibodeaux et al v. General Electric Company, et al

24-01434    Hayes v. Berthelot, et al

24-02773    Apollo Holding Company, LLC et al v. Cliff Roe, et al

25-01042    McLemore v. Bogalusa City School District et al

25-01812    Doe v. Choice Hotels International, Inc. et al

25-02185    Howard v. Universal Protection Service, LLC et al

26-00459    Sanders v. Smith et al

**Criminal:**

26-cr-00091  USA v. Brown

IT IS FURTHER ORDERED that all deadlines and hearings remain in effect unless and until there is an order from Section "N" directing otherwise.

New Orleans, Louisiana this 15th day of April, 2026.

**WENDY B. VITTER, Chief Judge**
**United States District Court**