**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

PAUL HAYES                                         CIVIL ACTION

VERSUS                                             NO. 24-1434

AUSTIN BERTHELOT, ET AL.                           SECTION "N"

## ORDER

**IT IS ORDERED** that the consent motion[1] of Plaintiff Paul Hayes to continue is **GRANTED**. The September 18, 2026 pretrial conference, the October 5, 2026 jury trial, and all unexpired deadlines in the Court's scheduling order[2] are **CONTINUED**. The Court's case manager will notice a scheduling conference to select new deadlines and dates for the pretrial conference and the trial.

New Orleans, Louisiana, this 17th day of April, 2026.

_____
ANNA ST. JOHN
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 51.
[2] ECF No. 52.