UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


PAUL HAYES                                                    CIVIL ACTION

VERSUS                                                        NO. 24-1434

AUSTIN BERTHELOT, et al                                       SECTION: N


### SCHEDULING CONFERENCE NOTICE

A scheduling conference by telephone is set for **May 28, 2026 at 10:00 a.m.**, for the purpose of discussing the status of the case and scheduling a pre-trial conference & trial on the merits.

## Counsel and pro se parties must call in to the conference at (833) 990-9400, Access Code 664065948

**TRIAL COUNSEL** are to participate in this conference.  A paralegal or secretary may not be substituted.  If, however, you are unable for good cause to do so, another attorney in your firm may participate if acquainted with all details of the case and authorized to enter into any necessary agreements.  If, for good cause, neither is possible, you must contact the Case Manager at least two days prior to the above date.


April 28, 2026

                              ISSUED BY:  Morgan Palmer
                                          Case Manager
                                          504-589-7680
                                          morgan_palmer@laed.uscourts.gov