UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PAUL HAYES                                        CIVIL ACTION

VERSUS                                            NO. 24-1434

AUSTIN BERTHELOT, et al                           SECTION "N"

## SCHEDULING ORDER

A scheduling conference was held on May 28, 2026, by telephone before the Case Manager.

Participating were:

David Joseph Lanser of Most & Associates for plaintiff.

Jason Paul Wixom of Rodrigue & Arcuri, LLP for defendant Berthelot.

Keith M. Detweiler of Nielsen & Treas, LLC for defendant Robinson.

Pleadings have been completed. Jurisdiction and venue are established.

**Rule 7.1 Disclosures**

**In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), each party or intervenor must file disclosures pursuant to Fed. R. Civ. P. 7.1 upon its first appearance, pleading, petition, motion, response, or other request addressed to the Court. If Rule 7.1 disclosures were not made by any party prior to the Scheduling Conference, that party has fourteen (14) days from the date of the Scheduling Order to comply and file its Rule**

**7.1 disclosures into the record. A sample Rule 7.1 Disclosure Statement form is attached.**

### Initial Disclosures and Amendments to Pleadings

Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) have been completed.

**The deadline has passed** for amendments to pleadings, third-party actions, crossclaims, and counterclaims. Counsel adding new parties subsequent to filing of this Order shall serve on each new party a copy of this Order. Responsive pleadings, when required, shall be filed within the applicable delays.

### Status Conference

A status conference will be held by videoconference on **July 28, 2026 at 3:00 p.m.** for the purpose of discussing preliminary matters. <u>Counsel for each party must submit a status report prepared in accordance with the attached Notice of Preliminary Status Conference at least five (5) business days beforehand.</u> The status report should not be filed, but instead emailed to chambers at <u>efile-stjohn@laed.uscourts.gov</u>.

### Expert Reports

Written reports of experts, as defined by Fed. R. Civ. P. 26(a)(2)(B), who may be witnesses for Plaintiff shall be obtained and delivered to counsel for Defendant no later than **December 18, 2026**. This deadline shall also apply to all expert disclosures, as defined by Fed. R. Civ. P. 26(a)(2)(C).

Written reports of experts, as defined by Fed. R. Civ. P. 26(a)(2)(B), who may be witnesses for Defendant shall be obtained and delivered to counsel for Plaintiff no

later than **January 15, 2027**. This deadline shall also apply to all expert disclosures, as defined by Rule 26(a)(2)(C).

Written rebuttal reports of experts, as defined by Fed. R. Civ. P. 26(a)(2)(B), who may be witnesses for Plaintiff, shall be obtained and delivered to counsel for Defendant no later than **February 1, 2027.** Plaintiff is cautioned that rebuttal reports should be strictly limited to opinions in response to Defendant's expert reports.

### Witnesses and Exhibits

Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial and a list of all exhibits which may or will be used at trial no later than **January 15, 2027**. Any party seeking non-disclosure of any exhibits, including surveillance or similar evidence intended to be used for impeachment, should request an ex parte conference with the Court for the Court's determination if the exhibit must be disclosed prior to trial. *See Chiasson v. Zapata Gulf Marine Corp.*, 988 F.2d 513 (5th Cir. 1993).

The Court will not permit any witness, expert or fact, to testify or any exhibits to be used unless there has been compliance with this Order as it pertains to the witness and/or exhibit, without an order to do so issued on motion for good cause shown.

### Depositions and Discovery

Depositions for trial use shall be taken and all discovery shall be completed no later than **February 12, 2027**. This case does not involve extensive documentary

evidence, depositions, or other discovery. No special discovery limitations beyond those established in the Federal Rules and/or Local Rules of this Court are established.

### Motions

All dispositive motions shall be filed in sufficient time to permit a submission date of no later than **March 10, 2027**. Under local rules, this means that dispositive motions shall be filed no later than February 23, 2027, *see* Local Rule 7.2, and responses thereto shall be filed no later than March 2, 2027, *see* Local Rule 7.5. Any reply briefs shall be filed no later than 4:00 p.m. on March 8, 2027. *See id.*

All non-evidentiary pretrial motions, including motions *in limine* regarding the admissibility of expert testimony, shall be filed in sufficient time to permit a submission date of no later than **March 10, 2027**. This means that such motions shall be filed no later than February 23, 2027, responses shall be filed no later than March 2, 2027, and reply briefs shall be filed no later than 4:00 p.m. on March 8, 2027.

All other motions *in limine* shall be filed by **April 28, 2027**, and responses thereto shall be filed by May 3, 2027. Any reply briefs shall be filed no later than 4:00 p.m. on May 5, 2027.

This Section adheres to Local Rule 78.1 regarding oral argument on motions.

Motions for summary judgment and oppositions to motions for summary judgment shall be filed in compliance with Fed. R. Civ. P. 56 and Local Rules 56.1 and 56.2, requiring parties to file a short and concise statement of materials facts as to which there does or does not exist a genuine issue to be tried. Additionally, each

party shall make specific reference to record evidence supporting its statement of material facts. Citations to record evidence shall indicate, whenever applicable, an exhibit reference, page reference, or record document number reference. Record evidence not specifically referred to by the parties may not be considered by the Court.

Prior to filing a motion for summary judgment, including a motion for partial summary judgment, counsel shall schedule and appear for a status conference before the Court at which time the motion will be discussed by all parties. The status conference may be held by videoconference at the request of the parties or at the Court's discretion.

The parties should file pertinent pages of deposition transcripts. Submission of an entire transcript is strongly discouraged.

Counsel should be prepared to provide all exhibits in an electronic format to the Court, as well as to display exhibits electronically to witnesses during trial.

Counsel should not deliver paper copies of any filings unless ordered by the Court.

Any *ex parte* motions regarding dismissals, leave to file, extensions, or continuances should include the non-moving party's position.

Motions filed in violation of this order will not be considered unless good cause is shown.

### Settlement Conferences

The parties are encouraged to discuss settlement possibilities. A settlement conference will be scheduled at any time at the request of any party to this action.

However, the parties must participate in a settlement conference with the assigned magistrate judge. This is mandatory. The parties must contact the magistrate judge's chambers **six weeks prior to the pretrial conference** for the purpose of scheduling the settlement conference. The settlement conference should be held no later than **two weeks before the pretrial conference**.

### Pretrial Conference and Trial

A final pretrial conference will be held on **April 21, 2027 at 10:00 a.m.** Counsel will be prepared in accordance with the final pretrial notice attached. The pretrial order must be electronically filed with the Court five (5) business days prior to the conference. The pretrial order must be double-spaced and bear the electronic signature of counsel for each of the parties.

Trial will commence on **Monday, June 7, 2027 at 9:30 a.m. with** a jury. Attorneys are instructed to report for trial no later than 30 minutes before this time. Trial is estimated to last 3 to 4 days.

### Continuances

Deadlines, cut-off dates, or other limits fixed herein may only be extended by the Court upon timely motion filed in compliance with Local Rules and upon a showing of good cause. Continuances will be granted only upon a showing of good cause.

Be advised that a granted continuance does not automatically extend other deadlines.

May 29, 2026

                     ISSUED BY:  Morgan Palmer
                                     Case Manager
                                     504-589-7680
                                     Morgan_palmer@laed.uscourts.gov

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PAUL HAYES                                        CIVIL ACTION

VERSUS                                            NO. 24-1434

AUSTIN BERTHELOT, et al                           SECTION "N"

The following chart is provided solely for convenience. Counsel are to consult the pretrial notice, Federal Rules, and Local Rules for additional details.

| | |
|---|---|
| Rule 7.1 Disclosures | Rule 7.1 disclosures by every party shall be filed fourteen (14) days from scheduling order |
| Initial Disclosures | If not exchanged, must be exchanged within fourteen (14) days from scheduling order. |
| Amendments to Pleadings | Deadline has passed |
| Plaintiff's Expert Reports | December 18, 2026 |
| Defendant's Expert Reports | January 15, 2027 |
| Plaintiff's Rebuttal Reports | February 1, 2027 |
| Witness Lists | January 15, 2027 |
| Exhibit Lists | January 15, 2027 |
| Depositions and Discovery | February 12, 2027 |
| Non-Evidentiary Pretrial Motions and Motions in Limine re Admissibility of Expert Testimony | March 10, 2027 |
| Motions in Limine (other than as referenced above) | April 28, 2027 |
| Settlement Conference | Parties to contact the assigned Magistrate Judge's Chambers. |
| Pre-Trial Order | April 14, 2027 |
| Pre-Trial Conference | April 21, 2027 at 10:00 a.m |
| Trial | June 7, 2027 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PAUL HAYES                                              CIVIL ACTION

VERSUS                                                 NO. 24-1434

AUSTIN BERTHELOT, et al                                SECTION "N"

## <u>NOTICE REGARDING PRELIMINARY STATUS CONFERENCE</u>

IT IS ORDERED that a status conference will be held by videoconference on **July 28, 2026 at 3:00 p.m.** with United States District Judge Anna St. John.

At least **five (5) business days** before the conference, each party shall submit a written status report to the Court. The parties may submit a status report jointly or individually. If an individual report is submitted, all counsel are to be copied. **The status report should not be filed, but instead emailed to** [efile-stjohn@laed.uscourts.gov](mailto:efile-stjohn@laed.uscourts.gov). The status report shall contain:

(1) A brief description of the basis for jurisdiction;
(2) A listing of any discovery completed;
(3) A listing of any specialized discovery that may be involved in this matter; and
(4) Whether or not this matter should be fast-tracked for settlement.

**<u>Trial counsel</u> are to participate in this conference. If, however, you are unable for good cause to do so, another attorney in your office may participate in acquainted with all details of the case and authorized to enter into any necessary agreements.**