**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| PAUL HAYES | ) | CIVIL ACTION NO. 24-01434 |
| *Plaintiff* | ) | |
| | ) | SECTION: "N" |
| Vs. | ) | |
| | ) | |
| AUSTIN BERTHELOT, ET AL. | ) | |
| *Defendants* | ) | |
| | ) | |

**UNOPPOSED MOTION TO UPSET STATUS CONFERENCE OF JULY 28, 2026**

**NOW INTO COURT,** through undersigned counsel, comes Austin Berthelot, who respectfully requests that the status conference currently set to be held on July 28, 2026, at 3:00 p.m. be upset and rescheduled for a later date for the following reasons:

1.

On May 28, 2026, the parties participated in a telephone scheduling conference with the Court, which subsequently issued a Scheduling Order on May 29, 2026.[1]

2.

That Scheduling Order noticed a status conference to be held on July 28, 2026, at 3:00 p.m to discuss preliminary matters.

3.

However, undersigned counsel, and every attorney employed at the law firm of Rodrigue & Arcuri, LLP, will be attending the annual Louisiana Sheriffs' Association Conference in Florida during the week of July 27, 2026.  Undersigned counsel will arrive at the conference on Friday, July 24.

---

[1] R. Doc. 55.

4.

For this reason, Defendant respectfully requests that the status conference of July 28, 2026 be upset and rescheduled for a later date so that undersigned counsel may participate in the Louisiana Sheriffs' Association's Conference.

5.

Undersigned counsel has corresponded with all other parties in this matter and none object to the requested refixing of the aforementioned status conference.

**WHEREFORE,** Defendant submits that this motion should be looked upon favorably and granted, and that the status conference of July 28, 2026 be upset and rescheduled for a later date.

Respectfully submitted,

RODRIGUE & ARCURI, LLP

 s/ *Jason P. Wixom*
BLAKE J. ARCURI (LSBN #32322)
LAURA C. RODRIGUE (LSBN #30428)
JASON P. WIXOM (LSBN #32273)
1615 Poydras Street, Suite 1250
New Orleans, Louisiana 70112
Tel:  (504) 592-4600 Fax: (504) 592-4641
jason@rodriguearcuri.com
*Counsel for Austin Berthelot*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of July 2026, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent by operation of the court's electronic filing system.  I also certify that a copy of the foregoing will be sent to all non-CM/ECF participant(s) by United States Mail, properly addressed and postage pre-paid.

s/ *Jason P. Wixom*
JASON P. WIXOM
