**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

PAUL HAYES                                )          CIVIL ACTION NO. 24-01434
    *Plaintiff*                         )
                                        )          SECTION: "N"
Vs.                                       )
                                        )
AUSTIN BERTHELOT, ET AL.                  )
    *Defendants*                        )
                                        )

**ORDER**

**CONSIDERING** Austin Berthelot's Unopposed Motion to Upset Status Conference of July 28, 2026, and finding the same to have shown good cause;

**IT IS ORDERED** that the aforementioned motion is hereby **GRANTED.** The Status Conference currently set to be held on July 28, 2026, at 3:00 p.m. is hereby upset and refixed for the _____ day of _____, 2026, at _____ a.m./p.m.

Thus done and signed this _____ day of July, 2026, in New Orleans, Louisiana.

_____
THE HONORABLE ANNA ST. JOHN
UNITED STATES DISTRICT COURT JUDGE