## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

PAUL HAYES                                             CIVIL ACTION

VERSUS                                                 NO. 24-01434

AUSTIN BERTHELOT, ET AL                                SECTION: N

## ORDER

Considering Austin Berthelot's Motion to Continue Status Conference of July 28, 2026,[1]

**IT IS ORDERED** that the motion to continue status conference is **GRANTED.**

**IT IS FURTHER ORDERED** that the status conference currently set to be held on July 28, 2026, is hereby **CONTINUED** and refixed **to August 10, 2026, at 2:00 p.m.**

New Orleans, Louisiana, this 16th day of July, 2026.

_____
ANNA ST. JOHN
UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. 56.