**MINUTE ENTRY**
**ST. JOHN**
**August 10, 2026**
**JS-10 00:04**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**PAUL HAYES**                                                      **CIVIL ACTION**

**VERSUS**                                                              **NO. 24-1434**

**AUSTIN BERTHELOT, ET AL.**                          **SECTION: N**

### <u>MINUTE ENTRY</u>

A status conference was called by the Court on August 10, 2026, with the following individuals participating:

- Representing Plaintiff Paul Hayes: David Lanser

- Representing Defendant Austin Berthelot: Jason Wixom

- Representing Defendant Lloyd Robinson: Keith Detweiler

Counsel for Plaintiff and Defendants stated that depositions were being scheduled in September and October. All counsels agree there is nothing that currently needs the Court's attention.

The Court reminded parties that the option to schedule a settlement conference with a magistrate judge is available.

**NEW ORLEANS, LOUISIANA**, this <u>11th</u> day of August, 2026.

_Anna St. John_

**ANNA ST. JOHN**
**UNITED STATES DISTRICT JUDGE**