**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| PAUL HAYES<br>*Plaintiff*<br><br>Vs.<br><br>AUSTIN BERTHELOT, ET AL.<br>*Defendants* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 24-01434<br><br>SECTION: "E"(1)<br><br>JUDGE ANNA ST. JOHN<br><br>MAGISTRATE JUDGE<br>MICHAEL NORTH |

**MOTION TO ENROLL CO-COUNSEL OF RECORD**

NOW INTO COURT through undersigned counsel comes Defendant, Austin Berthelot, who respectfully requests that Freeman R. Matthews (LSBN #9050) be enrolled as Co-Counsel of Record in the above captioned matter.

**WHEREFORE**, the foregoing being considered, Defendant, Austin Berthelot, requests that this Motion to Enroll as Co-Counsel of Record be granted, and that Freeman R. Matthews (LSBN #9050) be enrolled as Co-Counsel of Record in the above captioned matter.

**Respectfully submitted,**

**RODRIGUE & ARCURI, LLP**

*/s/ Jason P. Wixom*
BLAKE J. ARCURI (LSBN #32322)
LAURA C. RODRIGUE (LSBN #30428)
JASON P. WIXOM (LSBN #32273)
1615 Poydras Street, Suite 1250
New Orleans, Louisiana 70112
Tel: (504) 592-4600 Fax: (504) 592-4641
COUNSEL FOR AUSTIN BERTHELOT
Email: laura@rodriguearcuri.com
blake@rodriguearcuri.com
jason@rodriguearcuri.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of September, 2026, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that a copy of the foregoing will be sent to all non-CM/ECF participant(s) by United States Mail, properly addressed and postage pre-paid.

/s/ *Jason P. Wixom*
JASON P. WIXOM