**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| PAUL HAYES<br>*Plaintiff*<br><br>Vs.<br><br>AUSTIN BERTHELOT, ET AL.<br>*Defendants* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 24-01434<br><br>SECTION: "E"(1)<br><br>JUDGE ANNA ST. JOHN<br><br>MAGISTRATE JUDGE<br>MICHAEL NORTH |

**ORDER**

**CONSIDERING** the Motion to Enroll Co-Counsel of Record filed by Defendant, Austin Berthelot, and finding the same to be good and sufficient;

**IT IS ORDERED** that Defendant's Motion to Enroll Co-Counsel of Record is hereby **GRANTED.** Freeman R. Matthews shall be enrolled as co-counsel of record for Defendant, Austin Berthelot.

Thus done and signed this ____ day of _____________, 2026, in New Orleans, Louisiana.

________________________________________
THE HONORABLE ANNA ST. JOHN
UNITED STATES DISTRICT COURT JUDGE