**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **PAUL HAYES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-1434** |
| **AUSTIN BERTHELOT, ET AL.** | **SECTION: N** |

**ORDER**

Considering Defendant Austin Berthelot's Motion to Enroll as Counsel of Record,[1]

**IT IS ORDERED** that Defendant's Motion to Enroll Co-Counsel of Record is hereby **GRANTED.** Freeman R. Matthews shall be enrolled as co-counsel of record for Defendant, Austin Berthelot.

New Orleans, Louisiana, this 30th day of September, 2026.

Anna St John
ANNA ST. JOHN
UNITED STATES DISTRICT JUDGE

[1] Rec. Doc. 59.